UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22653-CIV-UNGARO/O'SULLIVAN

MADELYN SCHERE,

    Plaintiff,

v.

SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant Julieann Rico's Motion to File Billing Statements Under Seal (DE # 54, 5/22/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

The defendant indicated in the motion that the plaintiff objected to the filing of the motion but the plaintiff did not file a response to the motion.  Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the Defendant Julieann Rico's Motion to File Billing Statements Under Seal (DE # 54, 5/22/07) is GRANTED.

The defendant's billing statements shall be filed under seal as Exhibit "A" to

Defendant's Motion for Attorney's Fees.  Counsel shall not disseminate such billing statements to any extent beyond that which is necessary for SCHERE's preparation of his opposition to said Motion, and the billing records shall be returned to counsel for Defendant, along with all copies, once this litigation has concluded.

    DONE and ORDERED, in chambers, in Miami, Florida, this **22th** day of June, 2007.

                                                                               _____
                                                                               JOHN J. O'SULLIVAN
                                                                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record