UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22653-CIV-UNGARO/O'SULLIVAN

MADELYN SCHERE,

    Plaintiff,

v.

SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

### ORDER

THIS MATTER comes before the Court pursuant to the Order Rejecting Magistrate Judge's Report and Recommendation and Granting Defendants' Motions for Attorney's Fees (DE # 95, 8/30/07).  Accordingly, it is hereby

ORDERED AND ADJUDGED that on or before September 20, 2007, the defendants shall file supplements the Defendant Julieann Rico's Motion for Attorney's Fees (DE # 56, 5/22/07) and the Defendant's, Rudolph F. Crew, Motion for Attorney's Fees (DE # 57, 5/22/07). The supplements shall include any additional hours expended and shall address footnote number 5 of Judge Ungaro's Order Rejecting Magistrate Judge's Report and Recommendation and Granting Defendants' Motions for Attorney's Fees (DE # 95, 8/30/07).  The responses and replies to the supplement shall be filed pursuant to the rules of procedure.

DONE and ORDERED, in chambers, in Miami, Florida, this **6th** day of September, 2007.

                                                      _____
                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record